UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTHCARE INSURANCE CO. AND DOES 1-10,<br><br>　　　　Defendant. | Case No.  2:23-cv-09084-PA(Ex)<br><br>**ORDER REMANDING ACTION TO THE CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES**<br><br>**(Superior Court of California, Los Angeles Case No. 23STCV14594)**<br><br>First Amended Complaint Filed: 9/25/2023 |

# ORDER

The Court, having reviewed the Parties Stipulation to Remand the action entitled *Healthcare Ally Management of California, LLC v. UnitedHelathcare Insurance Company*, and good cause appearing therefore, IT IS HEREBY ORDERED that the action be remanded to the California Superior Court for the County of Los Angeles, both parties to bear their own fees and costs with respect to the removal and remand.

IT IS SO ORDERED.

Dated:  December 7, 2023

_____
Percy Anderson
United States District Judge